UNITED STATES of America,
Plaintiff–Appellee,

v.

Reginald BUCHANAN, Defendant–
Appellant.

No. 09–10837
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 29, 2009.

Reginald Buchanan, Coleman, FL, pro se.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and FAY, Circuit Judges.

PER CURIAM:

Adam Tanenbaum, appointed counsel for Reginald Buchanan in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant

to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Buchanan's conviction and sentence are **AFFIRMED.**